# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SICKLES,** | CASE NO. 3:15-cv-02419-WJN-GBC |
| | (JUDGE NEALON) |
| **Plaintiff,** | (MAGISTRATE JUDGE COHN) |
| v. | ORDER NOTIFYING PARTIES OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| **CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | Doc. 1 |

On December 16, 2015, Plaintiff filed the above-captioned action pursuant to 42 U.S.C. § 405(g), to appeal a decision of the Commissioner of the Social Security Administration denying social security benefits. Doc. 1. On November 7, 2016, the Court referred this case to the undersigned Magistrate Judge. In consideration of the Magistrate Judge assignment, the Court notifies the parties of the option to consent to Magistrate Judge jurisdiction.

Local Rule 73.1 states:

Magistrate Judges, Special Provisions for the Disposition of Civil Cases on Consent of the Parties--28 U.S.C. § 636(c) . . . (b) Execution of Consent. The clerk shall not accept a consent form unless it has been signed by all parties in a case. The plaintiff shall be responsible for securing the execution of a consent form by the parties and for

filing such form with the clerk of court within sixty (60) days after the filing date of the case. No consent form will be made available, nor will its contents be made known to any judge or magistrate judge, unless all parties have consented to the reference to a magistrate judge. No magistrate judge, judge, or other court official may attempt to persuade or induce any party to consent to the reference of any matter to a magistrate judge. This rule, however, shall not preclude a judge or magistrate judge from informing the parties that they may have the option of referring a case to a magistrate judge . . . (d) . . . The parties shall be advised that they are free to withhold consent without adverse substantive consequences.

Accordingly, it is **HEREBY ORDERED**:

I. The parties are notified they have the option to consent to Magistrate Judge jurisdiction, and the decision to consent is voluntary; and

II. The Clerk of the Court is directed to send a consent form with service of this order.

Dated: January 5, 2017         s/Gerald B. Cohn
                               GERALD B. COHN
                               UNITED STATES MAGISTRATE JUDGE