IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SICKLES,<br>    Plaintiff | No. 3:15-CV-2419 |
| v. | (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant | (Magistrate Judge Cohn) |

## ORDER

**AND NOW, THIS 13TH DAY OF MARCH, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 12), is **ADOPTED**;

2. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

3. The Commissioner's decision denying Plaintiff Michael Sickles disability insurance benefits and supplemental security income is **AFFIRMED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON
MAR 17 2017
PER____ DEPUTY CLERK

/s/ William J. Nealon
**United States District Judge**